# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 8, 2019

## NO. 03-19-00232-CR

**The State of Texas, Appellant**

**v.**

**Cesar A. Enamorado, Appellee**

### APPEAL FROM COUNTY COURT AT LAW NO. 3 OF TRAVIS COUNTY
### BEFORE JUSTICES GOODWIN, BAKER, TRIANA
### DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE TRIANA

This is an appeal from an order on the motion to suppress rendered by the trial court on April 8, 2019. The appellant, State of Texas, has filed a motion to dismiss its appeal. Therefore, the Court grants the motion, allows The State of Texas to withdraw the notice of appeal, and dismisses the appeal. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.